State Bank of Pittsburg *v.* Williams, Appellant.  Same *v.* Horigan, Appellant.  Same *v.* Herb, Appellant.  Same *v.* Nichols, Appellant.  Same *v.* Espy, Appellant.

Argued Oct. 22, 1906.  Appeals, Nos. 7, 8, 9, 10 and 11, Oct T., 1906, by defendant, from order of C. P. No. 3, Allegheny Co., Feb. T., 1905, No. 438, etc., making absolute rule for judgment for want of a sufficient affidavit of defense in case of State Bank of Pittsburg, in the hands of John F. Steel, Receiver, v. T. J. Williams and others.  Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.  Affirmed.

OPINION BY MR. JUSTICE ELKIN, January 7, 1907:

For reasons given in State Bank of Pittsburg v. Kirk, ante, p. 452, judgment in these cases is affirmed.